## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

BOBBY F. SPROLES

VERSUS

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY

CIVIL ACTION

20-777-SDD-RLB

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendations*[1] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated July 19, 2022, to which an Objection[2] was filed and also reviewed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that the final decision of the Commissioner of Social Security denying waiver of overpayments made to Plaintiff from April 2012 to August 2012 is AFFIRMED, and Plaintiff's appeal is DISMISSED with prejudice.

Signed in Baton Rouge, Louisiana the 8th day of August, 2022.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 19.
[2] Rec. Doc. 20.